Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRAIG A. BROCKETT,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC and SILVER STATE SCHOOLS CREDIT UNION,<br><br>Defendants. | **Case No. 2:17-cv-02762-RFB-CWH**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff Craig A. Brockett has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 27, 2017 through and including **December 27, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 27th day of November, 2017.

        SNELL & WILMER LLP

        By: /s/ *Bradley Austin*
        Bradley T. Austin
        Nevada Bar No. 13064
        3883 Howard Hughes Pkwy
        Suite 1100
        Las Vegas, NV 89169
        Tel: 702-784-5200
        Fax: 702-784-5252
        Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

 /s/ *Matthew Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Knepper & Clark LLC
10040 W. Cheyenne Ave.
Suite #170-109
Las Vegas, NV 89129
Tel: 702.825.6060
Email: matthew.knepper@knepperclark.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: November 28, 2017

4813-1048-0727

- 2 -