MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
DAVID R. CLAYSON, ESQ.
Nevada Bar No. 002826
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mbrooks@klnevada.com
dclayson@klnevada.com

Attorneys for Defendant
SILVER STATE SCHOOLS CREDIT UNION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CRAIG A. BROCKETT,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; AND SILVER STATE SCHOOLS CREDIT UNION,<br><br>Defendants. | CASE NO. 2:17-cv-02762-RFB-CWH |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated to by the Plaintiff CRAIG A. BROCKETT, by and through his counsel Knepper & Clark LLC and Defendant SILVER STATE SCHOOLS CREDIT UNION, by and through its counsel Kolesar & Leatham, that all of the claims brought by the Plaintiff CRAIG A. BROCKETT in this matter against the Defendant SILVER STATE SCHOOLS CREDIT UNION may be dismissed with prejudice, with each side to bear their own costs and fees and further that the Court in this matter may issue an order with respect to the same.

//

| | |
|---|---|
| KNEPPER & CLARK LLC | KOLESAR & LEATHAM |
| s/ Matthew I. Knepper | s/ Daivd R. Clayson |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>10040 W. Cheyenne Avenue<br>Suite 170-109<br>Las Vegas, Nevada 89129 | MICHAEL R. BROOKS, ESQ.<br>Nevada Bar No. 007287<br>DAVID R. CLAYSON, ESQ.<br>Nevada Bar No. 002826<br>400 South Rampart Boulevard<br>Suite 400<br>Las Vegas, Nevada 89145 |
| Attorney for Plaintiff | Attorneys for Defendant, SILVER STATE SCHOOLS CREDIT UNION |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the counsel in this matter for Plaintiff CRAIG A. BROCKETT and the Defendant SILVER STATE SCHOOLS CREDIT UNION, all of the claims brought by the Plaintiff CRAIG A. BROCKETT against the DEFENDANT SILVER STATE SCHOOLS CREDIT UNION in this matter is hereby dismissed with prejudice, with each side to bear their own costs and fees.

IT IS SO ORDERED this __24th__ day of January 2018.

RICHARD F. BOULWARE, II
United States District Judge