# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG A. BROCKETT,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendant. | Case No. 2:17-cv-02762-RFB-CWH<br><br>**ORDER** |

This matter is before the court on plaintiff and defendant Equifax Information Services, LLC's failure to comply with the court's order (ECF No. 9) dated December 7, 2017. Those parties notified the court that they had reached a settlement, and the court entered an order requiring them to file a stipulated dismissal or a joint status report by February 8, 2018. (Min. Order (ECF No. 9).) To date, the parties have not filed a stipulated dismissal or submitted a joint status report. The parties must file a stipulated dismissal or submit a joint status report via facsimile to 702-464-5581 by March 29, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

       IT IS SO ORDERED.

DATED: March 8, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**