Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG A. BROCKETT,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and SILVER STATE SCHOOLS CREDIT UNION,<br><br>Defendants. | Case No.: 2:17-cv-02762-RFB-CWH<br><br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

the parties have stipulated to the dismissal of Defendant Equifax Information Services, LLC, from

the above captioned action, with prejudice.  Each party will bear its own fees and costs.

Stipulation of Dismissal of Equifax Information Services, LLC, With Prejudice - 1

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated this 19th day of March, 2018. |
| 3 | |

| | |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Bradley T. Austin* |
| Matthew I. Knepper, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 12796 | SNELL & WILMER LLP |
| Miles N. Clark, Esq. | 3883 Howard Hughes Pkwy., Ste. 1100 |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| KNEPPER & CLARK LLC | Email: baustin@swlaw.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant* |
| | *Equifax Information Services, LLC* |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

**IT IS SO ORDERED.**

Dated: __March 19__ , __2018__

_____
RICHARD F. BOULWARE, II
United States District Court

.

Stipulation of Dismissal of Equifax Information Services, LLC, With Prejudice - 2